UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARN PENROD,

                                              Case No. 4:12-cv-14536-MAG-LJM

      Plaintiff,                      Hon. Mark A. Goldsmith

-vs-

REDLINE RECOVERY SERVICES, LLC,

      Defendant.

_____

## DEFAULT JUDGMENT

This matter having come before the Court upon granting Plaintiff's Motion for Entry of Default Judgment Pursuant to Clerk's Entry of Default or a Hearing on Damages (Docket # 9), and being otherwise fully advised in the premises therein;

**NOW THEREFORE, IT IS HEREBY ORDERED** that Default Judgment is hereby entered in favor of Plaintiff, Garn Penrod, and against Defendant, Redline Recovery Services, LLC, in the amount of $1,150.00.

**IT IS SO ORDERED.**

Dated:  January 31, 2013                      s/Mark A. Goldsmith
        Flint, Michigan                       MARK A. GOLDSMITH
                                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 31, 2013.

                                                          s/Deborah J. Goltz
                                                          DEBORAH J. GOLTZ
                                                         Case Manager